IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
NOV 21 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | W12-959m |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. §§7(3) & 641 – |
| v. | ) | Theft of Government Property] |
| | ) | |
| JAMES THOMAS III | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C §§7(3) and 641]

On or about November 13, 2012, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

JAMES THOMAS III

did embezzle, steal, purloin, and knowingly convert to his use and the use of another property of the United States having a value not exceeding $1,000, to wit: merchandise of the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Sections 7(3) and 641.

ROBERT PITMAN
United States Attorney

By: _____
EVAN WILLIAMS
Special Assistant United States Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:      NOVEMBER 21, 2012      MPR #: 06631-12      CASE NO. W12-959m
COUNTY:    BELL
JUDGE:     JEFFREY C. MANSKE
S.A.U.S.A.: EVAN WILLIAMS

DEFENDANT:

JAMES THOMAS III

OFFENSES & MAXIMUM PUNISHMENT:

Count One: 18 U.S.C. §§7(3) & 641 – Theft of Government Property – One year confinement; One year TSR; $100,000 fine; $25 SA.